UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA HOLLAND,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION,

    Defendant.
_____/

Case No. 19-11609
District Judge Victoria A. Roberts
Mag. Stephanie Dawkins Davis

## ORDER SATISFYING SHOW CAUSE

After reviewing the complaint, the Court was not satisfied that complete diversity existed between Plaintiff and Defendant. The Court ordered Plaintiff to show cause that diversity jurisdiction exists. Specifically, the Court required information regarding Plaintiff's citizenship and Defendant's state of incorporation and principal place of business.

On June 27, 2019, Plaintiff submitted a satisfactory response to the Court's Order. Accordingly, the Court finds that complete diversity exists.

    **IT IS ORDERED**.

                                        s/ Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated:  July 8, 2019