UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

Rebecca Holland

    Plaintiff(s),                     Case No. 19-11609
                                      Honorable Victoria A. Roberts

v.

National Railroad Passenger Corporation
d/b/a Amtrak,

    Defendant(s).
_____/

## ORDER STRIKING DOCUMENT [ECF No. 25]

The Court reviewed Defendant National Railroad Passsenger Corporation d/b/a Amtrak's Motion for Protective Order. The Court **STRIKES** that document for the following reason(s):

☐ Missing statement of concurrence. *See* E.D. Mich. Local Rule ("LR") 7.1(a).

☒ Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.). *See* LR 7.1(d)(2).

☐ Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See* Section 1(A) of Phase II Scheduling Order (Statement of Material Facts on

Motion for Summary Judgment).

☐ The response does not list and respond to the numbered statement of material facts from the Motion for Summary Judgment.

☐ Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2),(3).

☐ Does not comply with Rule 18(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically. See LR 5.1.1(a).

☐ Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐ Over-length. See LR 7.1(d)(3).

☐ Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☐ Does not comply with the Scheduling Order (or other Order or Notice) in this case for the following reasons: _____

_____.

☐ Other: _____.

The document is stricken and not part of the record. The document must be refiled in full compliance by July 9, 2020.

A courtesy copy that includes tabbed and highlighted exhibits and the

2

ECF electronic date stamp must be submitted to chambers.

    **IT IS ORDERED**.

S/ Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: July 7, 2020

(Rev. 12/19)