UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA HOLLAND,

    Plaintiff,                      Case No. 19-11609
                                              HON. VICTORIA A. ROBERTS
v.

NATIONAL RAILROAD
PASSENGER CORPORATION d/b/a
AMTRAK,

    Defendant.

_____/

## ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL [ECF NO. 30] AND NOTICE OF HEARING BY VIDEO CONFERENCE

Plaintiff filed this motion to compel [ECF. No. 30] asking that the Court order defendant to provide (1) deposition dates for its employees/witnesses and (2) potential available dates to take plaintiff's deposition. Plaintiff also asks the Court to provide guidance on the taking of remote depositions.

The Court orders that parties may use remote depositions in accordance with the Federal Rules of Evidence and Federal Rules of Civil Procedure. The Court will not require any deponent to appear in person for depositions. Any deponent is permitted to have counsel present and in the same room during his/her deposition.

The Court understands this dispute to be over setting dates for depositions. If the Court must hold this hearing before the parties agree on dates for ALL necessary depositions, the Court Will ASSESS SANCTIONS ON BOTH PARTIES.

Please take notice that a video conference has been scheduled before Judge Victoria A. Roberts for the following motion:

Plaintiff's Motion to Compel Depositions – ECF No. 30

- Motion Hearing: October 15, 2020 at 8:30 AM

The Court will host the conference. The conference information is listed below.

***ZOOM WEBINAR:***

**https://www.zoomgov.com/j/1612624616?pwd=MWJpRmVDZm04MTFvS0o2d0VCMUk0QT09**

**Passcode: 384141**

**Or iPhone one-tap:**

**US:+16692545252,,1612624616#**

**or +16468287666,,1612624616#**

Attorneys must review and comply with the attached Zoom Video Conference Policies and Guidelines.

The public may request access to in-court proceedings by visiting the Court's website: http://www.mied.uscourts.gov/.

**IT IS ORDERED.**

s/ Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: October 8, 2020