UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBECCA HOLLAND,

      Plaintiff,

-vs-                                       Case No. 2:19-cv-11609

NATIONAL RAILROAD                 Honorable Victoria A. Roberts
PASSENGER CORPORATION d/b/a
AMTRAK,

      Defendant.

| Sean M. McNally (P77563) | Mary C. O'Donnell (P33479) |
| Marc E. Lipton (P43877) | WISE CARTER CHILD & CARAWAY, P.A. |
| LIPTON LAW | |
| *Attorneys for Plaintiff* | *Attorney for Amtrak* |
| 18930 W. Ten Mile Road | 28 W. Adams Avenue |
| Southfield, MI 48075 | Grand Park Centre, Suite 1700 |
| (248) 557-1688 / (248) 557-6344 (fax) | Detroit, MI 48226 |
| sean@liptonlaw.com | (313) 552-3534 |
| marc@liptonlaw.com | mco@wisecarter.com |

## **STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to the above-entitled cause, acting through their attorneys of record, having agreed to the entry of and having approved the form of this Order, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the within case shall be, and hereby is, dismissed with prejudice and without further costs to any party.

                                                            s/ Victoria A. Roberts
                                                            Honorable Victoria A. Roberts

Dated: 3/3/2021

Approved as to form and substance:

| */s/ Sean M. McNally* | */s/ Mary C. O'Donnell* |
| Sean M. McNally (P77563) | Mary C. O'Donnell (P33479) |
| *Attorney for Plaintiff* | *Attorney for Defendant* |